# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re: KLEINE, CARL J. | § Case No. 08-35267 |
| | § |
| | § |
| Debtor(s) | § |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

DAVID P. LEIBOWITZ, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $223,891.08 | Assets Exempt: $7,250.00 |
| Total Distribution to Claimants: $11,812.12 | Claims Discharged Without Payment: $73,509.55 |
| Total Expenses of Administration: $2,236.26 | |

3) Total gross receipts of $ 14,048.38  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00  (see **Exhibit 2**), yielded net receipts of $14,048.38 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (9/1/2009)**

Case 08-35267    Doc 25    Filed 05/18/10    Entered 05/18/10 14:05:47    Desc Main
                  Document      Page 2 of 9

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 2,236.26 | 2,236.26 | 2,236.26 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 60,296.55 | 59,690.77 | 59,690.77 | 11,812.12 |
| **TOTAL DISBURSEMENTS** | $60,296.55 | $61,927.03 | $61,927.03 | $14,048.38 |

    4) This case was originally filed under Chapter 7 on December 26, 2008.
. The case was pending for 17 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/18/2010          By: /s/DAVID P. LEIBOWITZ
                                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (9/1/2009)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 − GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| BANK ACCOUNTS/ Parkway Bank Checking Account | 1129-000 | 14,041.78 |
| Interest Income | 1270-000 | 6.60 |
| **TOTAL GROSS RECEIPTS** | | **$14,048.38** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 − FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | N/A | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 − SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | N/A | | | |
| **TOTAL SECURED CLAIMS** | | $0.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (9/1/2009)**

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DAVID P. LEIBOWITZ | 2100-000 | N/A | 2,154.74 | 2,154.74 | 2,154.74 |
| David P. Leibowitz | 2200-000 | N/A | 81.52 | 81.52 | 81.52 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 2,236.26 | 2,236.26 | 2,236.26 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | 0.00 | 0.00 | 0.00 | 0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PYOD LLC its successors and assigns as assignee of | 7100-000 | 11,165.21 | 12,064.77 | 12,064.77 | 2,387.48 |
| PYOD LLC its successors and assigns as assignee of | 7100-000 | N/A | 13,370.40 | 13,370.40 | 2,645.85 |
| Chase Bank USA NA | 7100-000 | N/A | 463.30 | 463.30 | 91.68 |

**UST Form 101-7-TDR (9/1/2009)**

| | | | | | |
|---|---|---|---|---|---|
| CHASE BANK USA | 7100-000 | 10,200.96 | 10,625.38 | 10,625.38 | 2,102.64 |
| CHASE BANK USA | 7100-000 | 11,209.59 | 9,854.88 | 9,854.88 | 1,950.17 |
| Credit First NA | 7100-000 | 1,159.38 | 1,295.85 | 1,295.85 | 256.43 |
| Elan Financial Services | 7100-000 | N/A | 10,906.08 | 10,906.08 | 2,158.19 |
| Recovery Management Systems Corporation for GE Money Bank | 7100-000 | 930.51 | 1,110.11 | 1,110.11 | 219.68 |
| Swedish Covenant Hospital c/o Armor Systems Corporation | 7100-000 | 566.23 | N/A | N/A | 0.00 |
| Metropolitan National Bank Cardmember Service | 7100-000 | 9,953.55 | N/A | N/A | 0.00 |
| AT&T Universal Card | 7100-000 | 12,274.20 | N/A | N/A | 0.00 |
| Menards Retail Services | 7100-000 | 1,903.26 | N/A | N/A | 0.00 |
| The Family Doctors, S. C. | 7100-000 | 933.66 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | 60,296.55 | 59,690.77 | 59,690.77 | 11,812.12 |

**UST Form 101-7-TDR (9/1/2009)**

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 08-35267  
**Case Name:** KLEINE, CARL J.  

**Trustee:** (330570) DAVID P. LEIBOWITZ  
**Filed (f) or Converted (c):** 12/26/08 (f)  
**§341(a) Meeting Date:** 02/04/09  

**Period Ending:** 05/18/10  
**Claims Bar Date:** 05/13/09  

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description** (Scheduled And Unscheduled (u) Property) | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Ref. # | | | | | | |
| 1 | BANK ACCOUNTS/ Parkway Bank Checking Account | 18,041.78 | 14,041.78 | | 14,041.78 | FA |
| 2 | CASH ON HAND | 20.00 | 20.00 | DA | 0.00 | FA |
| 3 | Household Goods | 1,500.00 | 1,000.00 | DA | 0.00 | FA |
| 4 | Wearing apparel | 200.00 | 100.00 | DA | 0.00 | FA |
| 5 | 401(a) & 401(k) Plans, Principal Fin. Grp | 99,239.65 | 99,239.65 | DA | 0.00 | FA |
| 6 | 1999 Ford Explorer XLT 80K | 1,825.00 | 500.00 | DA | 0.00 | FA |
| 8 | ficates of deposit Checking Acct 0002189011 savi | 18,041.78 | 0.00 | DA | 0.00 | FA |
| 9 | and computer TV, VCR, DVD, digital camera, windo | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 10 | sharing plans. Moines; IRA, Allianz, Minneapolis | 99,239.65 | 0.00 | DA | 0.00 | FA |
| 11 | AUTOMOBILES AND OTHER VEHICLES | 1,825.00 | 0.00 | DA | 0.00 | FA |
| 12 | temize. Tools of the trade of the debtor (facili | 500.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 6.60 | FA |
| 12 | **Assets** **Totals** (Excluding unknown values) | **$241,932.86** | **$114,901.43** | | **$14,048.38** | **$0.00** |

**Major Activities Affecting Case Closing:**

    TFR filed  
    Distribution made 01/22/2010

**Initial Projected Date Of Final Report (TFR):** December 31, 2009     **Current Projected Date Of Final Report (TFR):** December 17, 2009 (Actual)

Printed: 05/18/2010 01:51 PM    V.12.08

## Form 2

### Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 08-35267 | | Trustee: | DAVID P. LEIBOWITZ (330570) |
| Case Name: | KLEINE, CARL J. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****91-65 - Money Market Account |
| Taxpayer ID #: | **-***5040 | | Blanket Bond: | $5,000,000.00   (per case limit) |
| Period Ending: | 05/18/10 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 02/05/09 | {1} | Carl Kleine | Turnover of non exempted funds from Bank Account (Parkway Bank) | 1129-000 | 14,041.78 | | 14,041.78 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.36 | | 14,042.14 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.61 | | 14,042.75 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.57 | | 14,043.32 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.55 | | 14,043.87 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.61 | | 14,044.48 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.59 | | 14,045.07 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.59 | | 14,045.66 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.57 | | 14,046.23 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.57 | | 14,046.80 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.59 | | 14,047.39 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.59 | | 14,047.98 |
| 01/22/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0050% | 1270-000 | 0.40 | | 14,048.38 |
| 01/22/10 | | To Account #********9166 | in preparation of distribution | 9999-000 | | 14,048.38 | 0.00 |

|   |   |   |   |
|---|---|---|---|
| ACCOUNT TOTALS | | 14,048.38 | 14,048.38 | $0.00 |
| Less: Bank Transfers | | 0.00 | 14,048.38 | |
| Subtotal | | 14,048.38 | 0.00 | |
| Less: Payments to Debtors | | | 0.00 | |
| NET Receipts / Disbursements | | $14,048.38 | $0.00 | |

{} Asset reference(s)                                                                                                           Printed: 05/18/2010 01:51 PM    V.12.08

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 08-35267 | | Trustee: | DAVID P. LEIBOWITZ (330570) |
|---|---|---|---|---|
| Case Name: | KLEINE, CARL J. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****91-66 - Checking Account |
| Taxpayer ID #: | **-***5040 | | Blanket Bond: | $5,000,000.00   (per case limit) |
| Period Ending: | 05/18/10 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 01/22/10 | | From Account #********9165 | in preparation of distribution | 9999-000 | 14,048.38 | | 14,048.38 |
| 01/22/10 | 101 | DAVID P. LEIBOWITZ | Dividend paid 100.00% on $2,154.74, Trustee Compensation; Reference: | 2100-000 | | 2,154.74 | 11,893.64 |
| 01/22/10 | 102 | David P. Leibowitz | Dividend paid 100.00% on $81.52, Trustee Expenses;  Reference: | 2200-000 | | 81.52 | 11,812.12 |
| 01/22/10 | 103 | PYOD LLC its successors and assigns as assignee of Citibank | Dividend paid 19.78% on $12,064.77; Claim# 1; Filed: $12,064.77; Reference: | 7100-000 | | 2,387.48 | 9,424.64 |
| 01/22/10 | 104 | PYOD LLC its successors and assigns as assignee of Citibank | Dividend paid 19.78% on $13,370.40; Claim# 2; Filed: $13,370.40; Reference: | 7100-000 | | 2,645.85 | 6,778.79 |
| 01/22/10 | 105 | Chase Bank USA NA | Dividend paid 19.78% on $463.30; Claim# 3; Filed: $463.30; Reference: | 7100-000 | | 91.68 | 6,687.11 |
| 01/22/10 | 106 | CHASE BANK USA | Dividend paid 19.78% on $10,625.38; Claim# 4; Filed: $10,625.38; Reference: | 7100-000 | | 2,102.64 | 4,584.47 |
| 01/22/10 | 107 | CHASE BANK USA | Dividend paid 19.78% on $9,854.88; Claim# 5; Filed: $9,854.88; Reference: | 7100-000 | | 1,950.17 | 2,634.30 |
| 01/22/10 | 108 | Credit First NA | Dividend paid 19.78% on $1,295.85; Claim# 6; Filed: $1,295.85; Reference: | 7100-000 | | 256.43 | 2,377.87 |
| 01/22/10 | 109 | Elan Financial Services | Dividend paid 19.78% on $10,906.08; Claim# 7; Filed: $10,906.08; Reference: | 7100-000 | | 2,158.19 | 219.68 |
| 01/22/10 | 110 | Recovery Management Systems Corporation for GE Money Bank | Dividend paid 19.78% on $1,110.11; Claim# 8; Filed: $1,110.11; Reference: | 7100-000 | | 219.68 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 14,048.38 | 14,048.38 | $0.00 |
| | | | Less: Bank Transfers | | 14,048.38 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **14,048.38** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$14,048.38** | |

{} Asset reference(s)              Printed: 05/18/2010 01:51 PM    V.12.08

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 08-35267  
**Case Name:** KLEINE, CARL J.  

**Taxpayer ID #:** **-***5040  
**Period Ending:** 05/18/10  

**Trustee:** DAVID P. LEIBOWITZ (330570)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******91-66 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $0.00 | |

Net Receipts : 14,048.38  
Net Estate : $14,048.38

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****91-65 | 14,048.38 | 0.00 | 0.00 |
| Checking # ***-*****91-66 | 0.00 | 14,048.38 | 0.00 |
| Checking # 9200-******91-66 | 0.00 | 0.00 | 0.00 |
| | $14,048.38 | $14,048.38 | $0.00 |
| Bank Transfers | $14,048.38 | $14,048.38 | |

{} Asset reference(s)   Printed: 05/18/2010 01:51 PM   V.12.08